Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Kristine Hughes

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KRISTINE HUGHES<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>Defendant. | Case No.: 2:20-cv-00919-KJM-EFB<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT CAPITAL ONE BANK (USA), N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Kristine Hughes and defendant Capital One Bank (USA), N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal of Capital One Bank (USA), N.A. within 21 days once the settlement is finalized.

Dated: June 18, 2020

                                    **Gale, Angelo, Johnson, & Pruett, P.C.**
                                           /s/ *Joe Angelo*
                                           Joe Angelo
                                           Attorney for Plaintiff