Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Kristine Hughes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| KRISTINE HUGHES<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br>    Defendant. | Case No.: 2:20-cv-00919-KJM-EFB<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE BANK (USA), N.A.** |

1
STIPULATED REQUEST FOR DISMISSAL

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Kristine Hughes and Defendant Capital One Bank (USA), N.A., ("Capital One") that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED:  July 1, 2020	**Gale, Angelo, Johnson, & Pruett, P.C.**

By: _____/s/ Joe Angelo_____
Joe Angelo
Attorneys for Plaintiff
Kristine Hughes

DATED:  July 1, 2020	**Ballard Spahr**

By: _____/s/ Marcos Sasso_____
Marcos Sasso
Attorneys for Defendant
Capital One Bank (USA), N.A.